1  MICHAEL COSENTINO SBN 83253
   ATTORNEY AT LAW
2  PO BOX 129
   ALAMEDA, CA 94501
3  Telephone: (510) 523-4702

4  COUNSEL FOR THE UNITED STATES
   OF AMERICA, PLAINTIFF
5

6

7  JUDGE'S COPY

8                    IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )
                                     )    Case No. C99-03348M
12                      Plaintiff,   )
                                     )
13              v.                   )
                                     )
14  Lydia E. Santiago,               )
                                     )    **WRIT OF CONTINUING
15                      Defendant,   )    GARNISHMENT**
                                     )
16              and                  )
                                     )
17  AT&T,                            )
                                     )
18                      Garnishee.   )
                                     )
19

20  TO:   Payroll Department
          AT&T
21        909 Chestnut Way, Box 50920
          St. Louis, MO 63101
22

23        YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF

24  THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN

25  YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-

26  JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

27        The name and last known address of the person who is the defendant-

28  judgment debtor (hereinafter "debtor") in this action and whose property is subject to

1 | this Writ are as follows:

2 |   Lydia E. Santiago
3 |   525 2nd St. Sw, Apt C
    |   Perham, MN 56573-1472

4 | This Writ has been issued at the request of the United States of America to

5 | enforce the collection of a civil judgment entered in favor of the United States against

6 | the debtor for a defaulted student loan in the amount of $10,709.24. There is a

7 | balance of $11,354.22 due on the judgment, which amount includes costs and interest

8 | computed through 02/10/10.

9 | The following are the steps that you must take to comply with this Writ. If you

10 | have any questions, you should consult with your attorney.

11 | 1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control,

12 | or possession any property of the debtor, including wages, salary, or commissions, in

13 | which the debtor has a substantial nonexempt interest, or if you obtain custody,

14 | control, or possession of such property while this Writ is in effect, you must

15 | immediately withhold such property from the debtor and retain it in your possession

16 | until you receive instructions from the Court which will tell you what to do with the

17 | property. The United States has requested that the sum of 25% of the debtor's

18 | disposable earnings, which under California law represents the nonexempt portion of

19 | the debtor's earnings, be withheld from the defendant's earnings.

20 | 2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ

21 | within 10 days after service of this Writ upon you. You must answer the Writ even if

22 | you do not have in your custody, control, or possession any property of the debtor.

23 | Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following

24 | information:

25 |   a.   Whether or not you have in your custody, control, or possession, any
26 |        property owned by the debtor in which the debtor has a substantial
27 |        nonexempt interest, including nonexempt, disposable earnings;

28 |

Writ of Continuing Garnishment cand C99-03348M

2

1   b.  a description of such property and the value of such property;

2   c.  a description of any previous garnishments to which such property is

3      subject and the extent to which any remaining property is not exempt;

4      and

5   d.  the amount of the funds you anticipate owing to the debtor in the future

6      and whether the period for payment will be weekly or another specified

7      period.

8 For your convenience, a form which addresses the above-requested information is

9 attached and may be used to Answer the Writ.

10   3. After you complete the answer under oath, pursuant to 28 U.S.C. §

11 3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

12 must mail or deliver the original Answer bearing the original signature of the person

13 preparing the answer to the Court at the following address:

14     Clerk, United States District Court
      450 Golden Gate Avenue, 16th Floor
15     P. O. Box 36060
      San Francisco, CA 94102
16

17 At the same time that you mail or deliver the original answer to the Court, you must

18 also mail or deliver a copy of the original Answer to both the debtor and attorney for

19 the United States at the following respective addresses:

20     Lydia E. Santiago
      525 2nd St. Sw, Apt C
21     Perham, MN 56573-1472

22     Michael Cosentino, Attorney at Law
      P.O. Box 129
23     Alameda, CA 94501

24 Please note that the attached form Answer contains a certificate of service which

25 needs to be completed by the person mailing the copies of the answer to the debtor

26 and the attorney for the United States, and which needs to be filed along with the

27 Answer.

28

Writ of Continuing Garnishment cand C99-03348M          3

1      IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY

2  IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE

3  COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO

4  ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH

5  THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO

6  APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY

7  WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR

8  THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY

9  (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO

10  AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND

11  AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED

12  HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO

13  APPEAR.

14

15  RICHARD W. WIEKING, Clerk
United States District Court
for the Northern District of California

16

17  Dated: _2 - 2 3 - 10_      By: _____

18                             Deputy Clerk

                                    GLORIA ACEVEDO

19

20

21

22

23

24

25

26

27  DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

28

1    1. <u>Earnings</u> include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement.
2    Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.
3

4    2. <u>Disposable earnings</u> are different from gross pay or take-home pay. They are the earnings left after deducting the part which state or federal law <u>requires</u> an employer to withhold as mandatory deductions. Generally, these mandatory
5    deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to <u>public</u> employee retirement systems.
6    Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.
7

8    To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

9    USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE
     EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :
10

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| Disposable earnings: | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| Withhold: | Nothing (entire earnings are exempt) | | | |
| Disposable earnings: | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| Withhold: | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| Disposable earnings: | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| Withhold: | 25% of disposable earnings (balance is exempt) | | | |

[1] Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

1
2
3
4
5
6             IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    UNITED STATES OF AMERICA,            )
                                          )  Case No. C99-03348M
10                          Plaintiff,    )
                                          )
11              v.                        )
                                          )
12   Lydia E. Santiago,                   )
                                          )
13                          Defendant,    )
                                          )
14                          and           )
                                          )
15   AT&T,                                )  **ANSWER OF GARNISHEE**
                                          )
16                          Garnishee.    )
                                          )
17   ————————————————————————
18        I, _____, being first duly sworn, hereby state the following:

19        1. I am the _____ (Official Title) of the Garnishee

20   named in the above caption. I am authorized to prepare this Answer on behalf of the

21   Garnishee.

22        2. The Garnishee was served with the Writ of Continuing Garnishment on

23   _____ (date) in this action.

24        3. The Garnishee currently has custody, control, or possession of earnings of

25   the Defendant. Yes____ No____

26        4. The Garnishee expects to obtain custody, control, or possession of earnings

27   of the Defendant in the foreseeable future. Yes____ No____

28
                                                                              2

5. For the pay period in effect on the date of service of this Writ of Continuing

Garnishment, the Garnishee states as follows:

a.    Defendant was in my/our employ. Yes_____ No_____

b.    The Defendant's pay period is _____ weekly, _____ bi-weekly,

      _____ semi-monthly, _____ monthly.

c.    The Defendant's present pay period began on _____ (date). ("Present" means the pay period in which the Writ of Continuing Garnishment was served.)

d.    The Defendant's present pay period ends on _____ (date).

e.    The Defendant's net wages are as calculated below:

          (1) Gross Pay                     $_____

          (2) Federal income tax    $_____

          (3) F.I.C.A. tax            $_____

          (4) State income tax      $_____

          (5) SDI                 $_____

                   Total tax withholdings  $_____

Net Wages                       $_____
(gross pay minus above withheld taxes)

6. Are there any other garnishments currently in effect? Yes _____ No _____

If the answers is yes, describe below and attach to this Answer a copy of each

garnishment:

_____

_____

_____

7. Will the Garnishee owe the Defendant money in the foreseeable future?

Yes _____ No_____ If the answer is yes, provide the reason why such money will be

owed, the amount of money that will be owed, and the date or dates on which each

payment will be due:

3

Type of
Payment                                      Amount                    Date Payment
                                                                       Will be Due

1. _____          _____          _____

2. _____          _____          _____

3. _____          _____          _____

8. Does the Garnishee currently have custody, control or possession of property

(other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the

Defendant maintains an interest?   Yes_____   No_____   If the answer is yes, then

provide the following information for each item of such property:

Description of                              Approximate             Description of
Property                                   Value                   Defendant's Interest

1. _____          _____          _____

2. _____          _____          _____

3. _____          _____          _____

4. _____          _____          _____

9. Does the Garnishee expect to obtain in the foreseeable future custody,

control or possession of property (other than earnings) such as bank accounts,

pensions, thrift plans, etc., in which the Defendant maintains an interest?   Yes_____

No_____   If the answer is yes, then provide the following information for each item of

such property:

Description of          Approximate     Description of            Date Will
Property               Value           Defendant's Interest      Obtain
                                                                 Property

1. _____     _____     _____          _____

2. _____     _____     _____          _____

3. _____     _____     _____          _____

4. _____     _____     _____          _____

10. Does the Garnishee have any objections or defenses to the Writ of

4

1  Continuing Garnishment?   Yes_____   No_____   If the answer is yes, list the nature

2  and basis of each objection and/or defense:

3  _____

4  _____

5  _____

6  _____

7  _____

8      On behalf of AT&T, I hereby certify under penalty of perjury under the laws of the

9  United States of America that the foregoing is true and correct.

10

11  Dated: _____                    By: _____

12                                             (Sign above and type or print name
                                               below)
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

1 <u>CERTIFICATE OF SERVICE</u>

2 I, _____, declare:

3 That I am a citizen of the United States and employed in the County of

4 _____, California; that my business address is

5 _____; that I am

6 over the age of eighteen years; and that I am not a party to the above-entitled action;

7 That on _____ (date), I deposited in the United States mail, in

8 envelopes bearing the requisite postage, a copy of:

9 **ANSWER OF GARNISHEE**

10 addressed to each of the following, at their last known addresses, at which place

11 there is service by United States mail.

12 Lydia E. Santiago
   525 2nd St. Sw, Apt C
13 Perham, MN 56573-1472

14 Michael Cosentino
   Attorney at Law
15 P.O. Box 129
   Alameda, CA 94501
16

17 This Certificate was executed on _____ (date),

18 at _____ (city), California.

19 I certify under penalty of perjury that the foregoing is true and correct.

20

21 _____

22 (sign above and type or print name
   below)
23

24

25

26

27

28